```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
JOSE GARCIA AQUINO,                                                :
                                                                   :
                               Plaintiff,                          :
                                                                   :        23-cv-03406 (LJL)
          -v-                                                      :
                                                                   :            ORDER
NILSON POLANCO,                                                    :
                                                                   :
                               Defendant.                          :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

    It is hereby ORDERED that all parties appear for an Initial Pretrial Conference by TELEPHONE on June 28, 2023, at 11:00 a.m. Parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

    The Clerk of Court is directed to mail a copy of this Order to the *pro se* Defendant, Nilson Polanco.

    SO ORDERED.

Dated: June 21, 2023
       New York, New York

                                                  LEWIS J. LIMAN
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/21/2023