UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __6/28/2023__
```

---------------------------------------------------------------X
                                 :

JOSE GARCIA AQUINO,                :

              Plaintiff,       :

                                 :           23-cv-03406 (LJL)

      -v-                  :              ORDER

NILSON POLANCO dba NILSON CONSTRUCTION,  :

                                 :

             Defendant.      :
---------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Court held an initial conference in this matter today.  Counsel for Plaintiff was in attendance and Defendant appeared without counsel.  His son was permitted to translate for him.  A court reporter transcribed the proceedings.  This order summarizes the proceedings.  The Court set a schedule for discovery and a case management plan which is being filed simultaneous with this Order.  The Court also referred the pro se Defendant to the NYLAG Legal Clinic for Pro Se Litigants in the Southern District of New York, contact information for which may be found at https://nysd.uscourts.gov/attorney/legal-assistance and suggested to the pro se Defendant that he might consent to receive documents filed on the docket electronically (by e-mail) through the consent and registration form also available on the Court's website at https://nysd.uscourts.gov/prose.  The Court also referred the matter to the Magistrate Judge for settlement purposes and, at Defendant's request, stated that it would attempt to secure counsel to represent Defendant in connection with those settlement discussions.

       Finally, the Court scheduled a post-discovery status conference for February 9, 2024 at 2:00 p.m.  The conference will be held remotely by telephone and parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

SO ORDERED.

Dated: June 28, 2023
     New York, New York

                                                    LEWIS J. LIMAN
                                        United States District Judge