

November 13, 2023

Honorable Jennifer E. Willis
United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square,
New York, NY 10007

Re:  Aquino v. Polanco, 23-cv-3406-JW

Dear Judge Willis,

      NYLAG represents defendant Nilson Polanco for settlement purposes. I write along with Daniel Schlade, counsel for plaintiff, to advise the Court that the parties have reached a settlement in principle. We are in the process of finalizing the settlement agreement and preparing the *Cheeks* letter motion. We respectfully request that the status conference scheduled for November 20, 2023 and accompanying settlement letter, be adjourned sine die.

Respectfully submitted,

*Susanne Keane*

Susanne Toes Keane

---

This joint request for an adjournment is GRANTED. If no *Cheeks* motion has been submitted **by December 15th**, the Parties shall provide the Court with a joint update on the state of settlement negotiations.

SO ORDERED.

*Jennifer E. Willis*
Jennifer E. Willis
United States Magistrate Judge

November 14, 2023

100 Pearl Street, New York, NY 10004  t:212.613.5000  f:212.750.0820    nylag.org